UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RODNEY S. WITTKOPF,

        Plaintiff,

    v.                                                       Case No. 13-CV-400

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

ORDER OF REMAND PURSUANT TO SENTENCE FOR
OF SECTION 205 OF THE SOCIAL SECURITY ACT

This case is before the Court pursuant to a Motion for Remand to the Acting Commissioner for Further Action filed on September 30, 2013, that the case should be remanded to the Acting Commissioner for further proceedings.

THEREFORE, IT IS HEREBY ORDERED that this matter is remanded to the Acting Commissioner pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge (ALJ) will hold a *de novo* hearing and issue a new decision. The ALJ should provide Plaintiff with an opportunity to submit additional evidence. The ALJ will evaluate the medically determinable physical and mental impairments as documented in the record, further evaluate the severity and degree of functional limitations stemming from the impairments, further evaluate Plaintiff's credibility, and assess Plaintiff's residual functional capacity. The ALJ will additionally obtain, if necessary, supplemental vocational expert testimony. The ALJ will proceed through the sequential evaluation process as needed and issue a *de novo* decision.

NOW, THEREFORE, IT IS ORDERED, that the Motion for Remand be granted.

IT IS ALSO ORDERED, that the Clerk of the United States District Court is directed to enter judgment accordingly.

Dated at Green Bay, Wisconsin, this  25th  day of October, 2013.

BY THE COURT:

s/ William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
Chief United States District Judge